# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KEVIN STEWART, on behalf of himself and all others similarly situated,

       *Plaintiff,*

v.

OCEAN STATE JOBBERS, INC. d/b/a OCEAN STATE JOB LOT,

       *Defendant.*

Case No. 3:17-cv-1266

## NOTICE OF APPEARANCE

Please enter the appearance of Shauna R. Twohig of the law firm of Manion Gaynor & Manning, LLP as counsel for Defendant Ocean State Jobbers, Inc. a/k/a Ocean State Job Lot ("OSJL").

Dated: September 15, 2017
*#2017293*

    **Ocean State Jobbers, Inc. d/b/a**
    **Ocean State Job Lot**

    By its attorneys,

    */s/ Shauna R. Twohig*
    Shauna R. Twohig (phv09219)
    stwohig@mgmlaw.com
    MANION GAYNOR & MANNING LLP
    125 High Street, 6th Floor
    Boston, Massachusetts 02110
    (T): 617-670-8800
    (F): 617-670-8801

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of September, 2017, I caused a true and correct copy of the foregoing document to be served on all counsel of record by operation of the Court's Electronic Case Filing System.

                                      */s/ Shauna R. Twohig*
                                      Shauna R. Twohig