UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN STEWART
    Plaintiff

v.	3:17CV1266 (JCH)

OCEAN STATE JOBBERS, INC.

    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion, on January 10, 2018, the court entered a Ruling granting the defendant's Motion, dismissing the Complaint in its entirety with leave to re-plead within 21 days and no amended complaint having been filed as of February 6, 2018.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, against the plaintiff, in accordance with the Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 6th day of February, 2018

                                                        Robin D. Tabora, Clerk

Entered on Docket 2/6/2018                    By   /s/ Diahann Lewis

                                                                       Deputy Clerk